**IT IS ORDERED as set forth below:**

**Date: March 8, 2019**



_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

INGRID DANITA LACKEY-RICHARDSON
RONNIE RICHARDSON

Debtors.

CASE NO. 19-52442-BEM

CHAPTER 13

### AMENDED ORDER CORRECTING TIME FOR 341 MEETING OF CREDITORS TO 9:00 A.M.

On February 26, 2019, Debtors filed a Motion for Extension of Time [Doc. # 14] to file the Chapter 13 plan and all documents required by 11 U.S.C. § 521(a)(1). Debtors shall have until **March 22, 2019** to file all documents required by 11 U.S.C. § 521(a) (1). The Clerk shall reset the § 341 meeting of creditors to **April 5, 2019** at **9:00 A.M**. in Room **368,** Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia, and the confirmation hearing shall remain as noticed for **April 17, 2019** at **1:00 P.M**. in Courtroom **1402.**

**END OF ORDER**

**DISTRIBUTION LIST**

**Ingrid Danita Lackey-Richardson**
385 Linkmere Lane
Covington, GA 30014

**Ronnie Richardson**
385 Linkmere Lane
Covington, GA 30014

**Mary Ida Townson**
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

ALL PARTIES AND CREDITORS